Case 1:17-mj-02993-BPG   Document 2   Filed 11/15/17   Page 1 of 1

FILED ___ ENTERED
___ LOGGED ___ RECEIVED

NOV 15 2017

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
District of Maryland

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

Apple iPhone A1549, IMEI:359230063684617, currently in the custody of Homeland Security Investigations 40 South Gay Street, Baltimore, MD 21202

Case No. 17-2993 BPG

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*

one (1) Apple iPhone A1549, IMEI:359230063684617 — SEE ATTACHMENT A

located in the _____ District of __District of Maryland__, there is now concealed *(identify the person or describe the property to be seized):*

SEE ATTACHMENT B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more):*
- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2251(a) | Production of Child Pornography |

The application is based on these facts:
see Affidavit attached hereto and incorporated herein by reference

☐ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Christine Carlson, Special Agent, HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 10-31-17

*Judge's signature*

City and state: Baltimore, MD

Beth P. Gesner, United States Magistrate Judge
*Printed name and title*